1020

No. 97–878.  CITY OF BIRMINGHAM v. MORRO.  C. A. 11th Cir. Certiorari denied.

No. 97–952.  PACE INDUSTRIES, INC., DBA PRECISION INDUSTRIES, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir.  Certiorari denied.

No. 97–977.  DIAMOND WALNUT GROWERS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 97–982.  GARNER ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. 9th Cir.  Certiorari denied.

No. 97–990.  RILEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–993.  FLORIDA v. SMITH.  Sup. Ct. Fla.  Certiorari denied.

No. 97–999.  SOFTEL, INC. v. DRAGON MEDICAL & SCIENTIFIC COMMUNICATIONS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–1005.  DOYLE ET VIR v. VOLKSWAGEN OF AMERICA, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–1006.  CHURCH OF SCIENTOLOGY INTERNATIONAL ET AL. v. CULT AWARENESS NETWORK.  Sup. Ct. Ill.  Certiorari denied.

No. 97–1012.  COUPE v. FEDERAL EXPRESS CORP.  C. A. 6th Cir.  Certiorari denied.

No. 97–1018.  MITCHELL ET VIR v. COLLAGEN CORP.  C. A. 7th Cir.  Certiorari denied.

No. 97–1032.  MEEHAN SEAWAY SERVICE CO. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–1035.  440 CO. v. BOROUGH OF FORT LEE, NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.